IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| VANESSA MUNIZ GERENA, *on behalf of herself and others similarly situated,* <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX WORKFORCE SOLUTIONS, LLC d/b/a THE WORK NUMBER <br><br> Defendant. | Civil Action No. 3:24-cv-98-MHL |

**NOTICE OF APPEARANCE**

Please take notice that Melissa E. O'Boyle, Virginia State Bar No. 47449, of Gentry Locke Attorneys, hereby notifies the Court and all parties of her appearance to serve as local counsel, jointly with Noah P. Sullivan, in this matter on behalf of Defendant Equifax Workforce Solutions, LLC.

Respectfully submitted,

*/s/ Melissa E. O'Boyle*
Melissa E. O'Boyle (VSB No. 47449)
**GENTRY LOCKE ATTORNEYS**
101 W. Main Street, Suite 705
Norfolk, VA  23510
Phone:  757-840-3600
Fax:    540-983-9400
Email: moboyle@gentrylocke.com

*Counsel for Defendant Equifax Workforce Solutions, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2024, a true copy of the foregoing was electronically filed using the CM/ECF system, which will send notice to all counsel of record.

*/s/Melissa E. O'Boyle*
Melissa E. O'Boyle

28619\4000\11879259v1