**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**VANESSA MUNIZ GERENA,**
*on behalf of herself and all individuals*
*similarly situated***,**

      **Plaintiff,**

**v.**                                                  **Civil Action No. 3:24-cv-98-MHL**

**EQUIFAX WORKFORCE SOLUTIONS, LLC,**

      **Defendant.**

<u>**JOINT NOTICE OF SETTLEMENT**</u>

Plaintiff Vanessa Muniz Gerena ("Plaintiff") and Defendant Equifax Workforce Solutions,

LLC ("Defendant"), by and through their respective counsel, hereby notify the Court that Plaintiff

has reached a settlement that resolves Plaintiff's claims against Defendant.

Plaintiff is diligently working with Defendant to finalize their settlement and dismissal

documents. Pending full execution of those documents, Plaintiff and Defendant shall timely file

the proper form of dismissal.

Dated: September 19, 2024                    *Respectfully submitted*,

                                    **VANESSA MUNIZ GERENA**

                                    By: /s/ Drew D. Sarrett
                                        Drew D. Sarrett, VSB # 81658
                                        **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                        626 East Broad Street, Suite 300
                                        Richmond, VA 23219
                                        Telephone: (804) 905-9900
                                        Fax: (804) 905-9902
                                        Email:  drew@clalegal.com

                                        Leonard A. Bennett, Esq., VSB #37523
                                        Craig C. Marchiando, Esq., VSB #89736

CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA  23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email:  lenbennett@clalegal.com
Email:  craig@clalegal.com

Stephen Leigh Flores
FLORES LAW, PLLC
530 E. Main St.
Ste. 320
Richmond, VA 23219-2412
804-238-9911
Fax: 804-203-8717
Email: stephen@floreslawva.com

*Counsel for Plaintiff*


**EQUIFAX INFORMATION SERVICES, LLC**

By:  /s/ John C. Toro
     Noah Patrick Sullivan
     Gentry Locke
     919 E. Main Street
     Suite 1130
     Richmond, VA 23219
     804-956-2069
     Email: nsullivan@gentrylocke.com

     John C. Toro
     Thomas Paris
     Zachary A McEntyre
     King & Spalding (GA-NA)
     1180 Peachtree St NE
     Atlanta, GA 30309-3521
     404-572-4600
     Fax: 404-572-5100
     Email: jtoro@kslaw.com
     Email: tparis@kslaw.com
     Email: zmcentyre@kslaw.com

*Counsel for Defendant*