UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**VANESSA MUNIZ GERENA,**
*on behalf of herself and all individuals similarly situated*,

      **Plaintiff,**

v.                                               Civil Action No. 3:24-cv-98-MHL

**EQUIFAX WORKFORCE SOLUTIONS, LLC,**

      **Defendant.**

## NOTICE REGARDING WHETHER PLAINTIFF WILL MOVE FOR CLASS CERTIFICATION

Plaintiff Vanessa Muniz Gerena ("Plaintiff"), by counsel, pursuant to the Scheduling Order entered on May 29, 2024 (ECF 25) hereby notifies the Court that she does not intend to move for class certification because she has reached a settlement in principle, on an individual basis, of her claims against Defendant. Plaintiff previously filed a Joint Notice of Settlement (ECF 27) on September 19, 2024.

Plaintiff is diligently working with Defendant to finalize the settlement and dismissal documents. Once those documents are fully executed, Plaintiff and Defendant shall file the appropriate dismissal papers with the Court.

Dated: September 23, 2024      Respectfully submitted,

      **VANESSA MUNIZ GERENA**

      By: /s/ Drew D. Sarrett
          Drew D. Sarrett, VSB # 81658
          **CONSUMER LITIGATION ASSOCIATES, P.C.**
          626 East Broad Street, Suite 300
          Richmond, VA 23219
          Telephone: (804) 905-9900
          Fax: (804) 905-9902

Email: drew@clalegal.com

Leonard A. Bennett, Esq., VSB #37523
Craig C. Marchiando, Esq., VSB #89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

Stephen Leigh Flores
FLORES LAW, PLLC
530 E. Main St.
Ste. 320
Richmond, VA 23219-2412
804-238-9911
Fax: 804-203-8717
Email: stephen@floreslawva.com

*Counsel for Plaintiff*