**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**VANESSA MUNIZ GERENA,**
***on behalf of herself and all individuals similarly situated,***

**Plaintiff,**

**v.** **Civil Action No. 3:24-cv-98-MHL**

**EQUIFAX WORKFORCE SOLUTIONS, LLC,**

**Defendant.**

**ORDER OF DISMISSAL**

WHEREAS Plaintiff Vanessa Muniz Gerena, by counsel, has alleged in a Class Action Complaint that Defendant Equifax Workforce Solutions, LLC ("EWS") (collectively, Plaintiff and EWS are "the Parties"), failed to comply with certain legal requirements of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* ("FCRA"), in this Action;

WHEREAS EWS denies having violated any legal requirements of the FCRA;

WHEREAS, the Parties have reached a settlement of Plaintiff's claims in this Action; and

WHEREAS, the Parties have not reached any settlement of any putative class claim in this Action, and where no absent putative class member is releasing any claim against EWS;

THEREFORE, pursuant to the agreement and consent of the Parties and for other good cause shown, the Court hereby ORDERS as follows:

This matter is hereby dismissed with prejudice as to the Plaintiff, without an award of fees or costs to any party, and dismissed without prejudice as to the putative class, without an award of fees or costs to any party.

Dated: 11/19/24

/s/
**M. Hannah Lauck**
**United States District Judge**

Hon. M. Hannah Lauck
U.S. District Court Judge